### HARRINGTON v. STATE (two cases).
Nos. 17374, 17375.

Court of Criminal Appeals of Texas.
March 13, 1935.

Hancock & Hancock, of Waxahachie, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

Court of Criminal Appeals of Texas.
March 13, 1935.

### F. R. HARRINGTON v. STATE.
No. 17378.

Court of Criminal Appeals of Texas.
March 13, 1935.

Hancock & Hancock, of Waxahachie, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of property over the value of $50 is the offense; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular.

In compliance with articles 10a, 658, and 776a, Vernon's Ann. C. C. P., appellant entered a plea of guilty, waived a jury, and submitted the matter to the court.

The evidence heard in the trial court is not brought up for review.

Nothing is perceived in the record which would justify reversal or discussion.

The judgment is affirmed.